RECEIVED & FILED

Tom R. Grimmett, Trustee
2275 Corporate Circle, Suite 120
Henderson, Nevada 89074
Phone: (702) 740-4152
Fax: (702) 795-4479

'09 SEP -1 A9:05

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

In re:

MAX GAMING LLC

Debtor(s).

Case No. 99-19904 BAM
In Proceedings Under Chapter 7

NOTICE OF UNCLAIMED FUNDS

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
| --- | --- | --- | --- |
| 1630 | Debra McDonald<br>4020 ARville Street, Apt. 78<br>Las Vegas, NV 89103 | | $341.84 |
| 1916 | Donald Slater<br>4775 Topaz Street, Apt. 128<br>Las Vegas, NV 89121 | | $213.88 |
| TOTAL | | | ~~$55.72~~ 555.72 ms |

DATE: 8/31/2009

TOM R. GRIMMETT, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

Receipt # 192357  $ 555.72